UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DISTRICT

CLIFFORD E. BRIMMER 4:09-MJ-01019-FL )
CHAZ N. FORD 4:09-MJ-1064-FL )
JESSE L. ROBERTS 4:09-mj-01058-FL )
JOSHUA L. RUSSELL 4:09-MJ-01056-FL )
)
    Defendants )

Leave of court is granted for the filing of the foregoing dismissal.

_September 15, 2010_
DATE

_____
LOUISE W. FLANAGAN
Chief United States District Judge